UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWIGHT R. SHELTON, JR., | No. 2:21-cv-02113-KJM-EFB (HC) |
| Petitioner, | |
| v. | ORDER |
| USDC NORTHERN ALABAMA, | |
| Respondent. | |

Petitioner, who proceeds through counsel, has filed an application for a writ of habeas corpus under 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 3, 2022, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Neither party has filed objections to the findings and recommendations.

The court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court

/////

. . . ."). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 3, 2022, are adopted in full;

2. Respondent's February 11, 2022 motion to dismiss (ECF No. 13) is granted;

3. The Clerk is directed to close the case; and

4. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253 as one is unnecessary in this case. *See Forde v. U.S. Parole Com'n*, 114 F.3d 878 (9th Cir. 1997).

DATED: September 20, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE